# EXHIBIT 3




# Re: A'drienne Johnson EEOC Charge: 433-2025-03400



Inbox

 1  The Mack Law  Aug 21    
to generosa.tabor@eeoc. ..... •

Good evening Ms. Tabor,

Please see the below information regarding what my client was told by a prior EEOC investigator:

Name: William w/ EEOC at 984-275-4800
Date: Ms. Johnson spoke w/ him on 6/24/2025
Incident Number: 25061900212 (should be recorded?)

He told my client that she had until August to file her charge, 180 days from February 12, 2025, which is the last contact she had with her previous employer relating to my dismissal.

The Mack Law Firm, PLLC
Amina M. Mack, Esq.
Managing Partner
984-480-7147
4242 six Foi'lts Ilcl
Ste. 1550
R » l‹-i c›li   NC   >7fafl0

1      SI   Reply all          r-+   Forward        @