# EXHIBIT 4

# Johnson, A'drienne (Johnson, Adrienne)
## OMNF-ORGANIZING MANAGER, NATIONAL FIELD

**Position ID -** ▮▮▮▮▮
**Reports To -** Ford, Jamie
**Department -** 000225-NATIONAL FIELD
**Business Unit -** ACT-Action
**Location -** RM01-Remote

## REVIEW INFORMATION

### 2023 Mid-Year Review

**Review Period -** 07/01/2022 to 03/31/2023
**Status -** Released to Employee
**Target Completion Date -** 04/28/2023

## REVIEWER INFORMATION

**Reviewer -** Ford, Jamie

# INTRODUCTION

No information available

# QUESTIONS

## Instructions

Our semi-annual Performance Reviews are a chance for staff members to connect with their direct managers to measure and understand their performance as well as to actively engage in their professional development. These forms are meant to to help quantify staff performance and provide meaningful feedback.

### 1 - List 1-3 Performance Strengths from the last year.

**Category -**

**Reviewer Response**

- Had difficult conversations with volunteers; managing through challenging conflict well
- Empowering leaders ("What do you* want to do?")
- Energetic & positive contributor to team conversations & morale
- Keeping them focused on their priorities

### 2 - List 1-3 development areas from the last year

**Category -** Development Areas

**Reviewer Response**

n/a - A'drienne was hired Jan 2023

### 3 - Were there any significant roadblocks or difficulties?

**Category -** Performance

**Reviewer Response**

no

### 4 - Discuss progress on current goals

**Category -** Goal Attainment

## Reviewer Response

n/a

### 5 - Determine 1-3 goals for the remainder of the performance year.
**Category -** Goal Attainment

## Reviewer Response

- Complete Weekly Goals Report on Mondays
- Feedback from State Affairs re: offering tactics the volunteers want to engage in
- Set up 1:1 conversations with any staff or volunteers where you feel like the communication is off or unclear

## OVERALL COMMENTS

**Reviewer Response**

A'drienne has been presented with significant volunteer management challenges in her first few months and is handling them admirably. She is a positive team contributor that is mastering the various systems and protocols while doing a great job of helping her chapters engage in a meaningful way.

## SIGNATURES

_____  _____
**Employee Signature**              **Reviewer Signature**