# EXHIBIT 5

# Johnson, A'drienne (Johnson, Adrienne)
## OMNF-ORGANIZING MANAGER, ADVOCACY CAMPAIGNS

**Position ID -** <span style="background:black">████</span>
**Reports To -** Rhodes, Brandon
**Department -** 000225-ADVOCACY CAMPAIGNS
**Business Unit -** ACT-Action
**Location -** RM01-Remote

## REVIEW INFORMATION

**Everytown Staff Annual Review 2023**

**Review Period -** 01/01/2023 to 12/31/2023
**Status -** Employee Acknowledged
**Target Completion Date -** 12/31/2023

## REVIEWER INFORMATION

**Reviewer -** Ford, Jamie

## INTRODUCTION

This questionnaire includes competencies for individual staff members and should be used for anyone at the organization that does not directly manage other staff. If this review questionnaire has been incorrectly assigned, please contact HR. Please rate each item from 1 to 5. At the end of the survey, you will be required to enter overall performance comments. The descriptions of our rating scale can be found in the "rating scale" section of this review. All rated questions are required. Thank you.

## RATING SCALE

| | |
|---|---|
| 5 - 5 - Outstanding | Performance is consistently outstanding and exceeds expectations for this role in all behaviors, duties, and/or responsibilities. In the top 10% of organizational performers. |
| 4 - 4 - Exceeds Expectations | Performance consistently exceeds expectations for this role in all behaviors, duties, and/or responsibilities. The individual with this rating not only completes all work according to their job description, but routinely goes above and beyond the position requirements. |
| 3 - 3 - Meets Expectations | Performance consistently meets expectations for this role in all behaviors, duties, and/or responsibilities. |
| 2 - 2 - Needs Improvement | Performance does not consistently meet expectations for this role in all behaviors, duties, and/or responsibilities. There is a need for further development and improvement. |
| 1 - 1 - Unsatisfactory | Performance is below expectations for this role in all behaviors, duties, and/or responsibilities. |

| QUESTIONS |
|---|

### Instructions

Our semi-annual Performance Reviews are a chance for staff members to connect with their direct managers to measure and understand their performance as well as to actively engage in their professional development. These forms are meant to to help quantify staff performance and provide meaningful feedback.

| 1 - Communicates clearly and effectively at all levels | Weighted at 4% |
|---|---|
| Category - Communications | |

**Employee Response**

**4.0** | 4 - Exceeds Expectations

I am comfortable communicating effectively at all levels; handle difficult and encouraging conversations with volunteers with ease.

**Reviewer Response**

**3.0** | 3 - Meets Expectations

A'drienne is an effective communicator sideways and down. She is not afraid to push back in pod calls to get what she needs from the team.

| 2 - Encourages open communication, cooperation, and the sharing of knowledge | Weighted at 4% |
|---|---|
| Category - Communications | |

**Employee Response**

**4.0** | 4 - Exceeds Expectations

I encourage open communication, cooperation, and the sharing of knowledge; energetic and positive contributor to team conversations and morale; enthusiastic participant on GSU realms.

### Reviewer Response

| 4.0 | 4 - Exceeds Expectations |

A'drienne welcomes open communication from her volunteer leaders and knows the importance of transparency with them

---

**3 - Keeps others adequately informed**  Weighted at 4%
**Category -** Communications

### Employee Response

| 4.0 | 4 - Exceeds Expectations |

Exceeds expectations in keeping others informed; appreciation expressed for my taking initiative to schedule 1:1, as needed; Slack DMs and email to keep team, Director, and colleagues apprised.

### Reviewer Response

| 3.0 | 3 - Meets Expectations |

A'drienne keeps myself and appropriate team members informed of any issues as appropriate

---

**4 - Work focuses on projects with the most impact on the team or organization**  Weighted at 4%
**Category -** Efficacy

### Employee Response

| 4.0 | 4 - Exceeds Expectations |

I believe I exhibit sound judgment and maintain a high degree of involvement in keeping volunteers focused on their priorities. There is room for growth in being less distracted by inconsequential volunteer asks.

**Reviewer Response**

| 3.0 | 3 - Meets Expectations |

Comments not provided

---

**5 - Demonstrates effectiveness in the role**  Weighted at 4%
Category - Efficacy

**Employee Response**

| 4.0 | 4 - Exceeds Expectations |

Comments not provided

**Reviewer Response**

| 3.0 | 3 - Meets Expectations |

A'drienne is clearly providing the support to her volunteer leaders that they seek. NC, especially, has shown impressive growth in both active volunteers and percentage of black leaders in 2023

---

**6 - Consistently strives to produce a high quality end product**  Weighted at 4%
Category - Efficacy

**Employee Response**

| 4.0 | 4 - Exceeds Expectations |

As an OM, I am performance conscience. NC was among the Top 5 actions taken end of T2; great improvement in onboarding BIPOC statewide leadership by 13% since 2021; AR exceeded overall active volunteers goal by 6; growing Be SMART in school districts throughout the state, under my leadership.

**Reviewer Response**

| 4.0 | 4 - Exceeds Expectations |

Comments not provided

| 7 - Demonstrates competency in required skills and knowledge | Weighted at 4% |
|---|---|
| **Category** - Job Knowledge | |

## Employee Response

| 4.0 | 4 - Exceeds Expectations |

Comments not provided

## Reviewer Response

| 3.0 | 3 - Meets Expectations |

A'drienne has an expected mastery of our various resources for a 1st year OM. When A'drienne is struggling w/a new report or technical support mechanism, she is quick to set up time w/Alyson (or other staff, as appropriate) to familiarize herself w/the resource

| 8 - Displays an understanding of how role and responsbilliites fit within the team and broader organization | Weighted at 4% |
|---|---|
| **Category** - Job Knowledge | |

## Employee Response

| 4.0 | 4 - Exceeds Expectations |

I demonstrate my understanding of my role to help volunteers become better organizers; empowering volunteer leaders ("What do you* want to do?"); Serve as liaison between Moms and the rest of the organization, continually building excitement around our work to end gun violence; willingness to ask for help, as needed.

## Reviewer Response

Case 5:25-cv-00686-D-RJ    Document 7-5    Filed 12/01/25    Page 7 of 18
Printed on 11/14/2024                                                                 Page 6 of 17

| 3.0 | 3 - Meets Expectations |

A'drienne meets expectations for understanding her role and its fit within the org for her 1st year as an OM.

---

**9 - Exhibits ability to learn and apply new skills**  Weighted at 4%
Category - Job Knowledge

### Employee Response

| 4.0 | 4 - Exceeds Expectations |

Enthusiastically attend trainings and 1:1 with colleagues in their area of expertise to learn new skills and grow as an OM.

### Reviewer Response

| 3.0 | 3 - Meets Expectations |

Comments not provided

---

**10 - Keeps informed of current developments that impact their role**  Weighted at 4%
Category - Job Knowledge

### Employee Response

| 4.0 | 4 - Exceeds Expectations |

Comments not provided

### Reviewer Response

| 4.0 | 4 - Exceeds Expectations |

Comments not provided

| 11 - Balances team and individual responsibilities | Weighted at 4% |
|---|---|
| Category - Teamwork | |

**Employee Response**

**3.0** | 3 - Meets Expectations

I meet expectations; however, there is room to evolve my time management skills in the area of work-life balance to ensure the Weekly Goals Report is consistently submitted in a timely manner. Now, I set boundaries, "say no", and prioritize asks.

**Reviewer Response**

**3.0** | 3 - Meets Expectations

Comments not provided

| 12 - Contributes to building a positive team spirit | Weighted at 4% |
|---|---|
| Category - Teamwork | |

**Employee Response**

**5.0** | 5 - Outstanding

I pride myself on being encouraging, energetic, and a positive contributor to cross-departmental team conversations & morale. I recently received a Certificate of Recognition at GSU to acknowledge my joyful team spirit contributions.

**Reviewer Response**

**5.0** | 5 - Outstanding

A'drienne is quick to interject with music or humor and a good story to lighten up the mood, but also knows when the step back & listen to others

| 13 - Exhibits objectivity and openness to others' views | Weighted at 4% |
|---|---|
| **Category** - Teamwork | |

### Employee Response

**4.0** | 4 - Exceeds Expectations

I have mastered the ability to "disagree agreeably".

Feedback is always welcome as it helps me make improvements where needed.

### Reviewer Response

**4.0** | 4 - Exceeds Expectations

Comments not provided

| 14 - Celebrates successes and recognizes and appreciates others' contributions | Weighted at 4% |
|---|---|
| **Category** - Teamwork | |

### Employee Response

**5.0** | 5 - Outstanding

I receive joy in celebrating others' contributions via Slack, Zoom or DM. I learn from the successes of others and am empowered by it!

### Reviewer Response

**4.0** | 4 - Exceeds Expectations

A'drienne is always shouting out the work of her peers via Slack and on team calls

| 15 - Puts success of team above own interests | Weighted at 4% |
|---|---|
| Category - Teamwork | |

**Employee Response**

| 5.0 | 5 - Outstanding |

Comments not provided

**Reviewer Response**

| 3.0 | 3 - Meets Expectations |

Comments not provided

| 16 - Works well in group problem solving situations | Weighted at 4% |
|---|---|
| Category - Teamwork | |

**Employee Response**

| 4.0 | 4 - Exceeds Expectations |

Comments not provided

**Reviewer Response**

| 4.0 | 4 - Exceeds Expectations |

A'drienne brings insightful commentary to group problem solving situations

| 17 - Exercises good judgement | Weighted at 4% |
|---|---|
| Category - Initiative | |

**Employee Response**

| 4.0 | 4 - Exceeds Expectations |

Comments not provided

### Reviewer Response

| 3.0 | 3 - Meets Expectations |

A'drienne asks for input as necessary and makes informed decisions based on available info

---

**18 - Develops innovative approaches and ideas**   Weighted at 4%

**Category -** Initiative

### Employee Response

| 5.0 | 5 - Outstanding |

I encourage volunteers and colleagues to think "outside-the-box". Volunteers in NC and AR have achieved great success in growing diverse partnerships by utilizing positive, creative engagement methods to foster chapter participation.

### Reviewer Response

| 4.0 | 4 - Exceeds Expectations |

A'drienne definitely supports her leaders in utilizing innovative approaches to the work

---

**19 - Identifies problems in a timely manner and attempts to resolve them in early stages**   Weighted at 4%

**Category -** Initiative

### Employee Response

| 5.0 | 5 - Outstanding |

I was presented with significant volunteer management challenges in my first few m

Problem-solving is paramount in effective organizing. I have proven to do it well, and will ask my OD, mentor and/or Team South OMs for advice, as needed.

**Reviewer Response**

**3.0** | 3 - Meets Expectations

A'drienne anticipates roadblocks and creates a plan to manage them.

---

**20 - Undertakes self-development activities** — Weighted at 4%
**Category -** Initiative

**Employee Response**

**4.0** | 4 - Exceeds Expectations

I've attended internal and external trainings germane to CVI and building safer communities through partnerships.

**Reviewer Response**

**4.0** | 4 - Exceeds Expectations

See employee comments

---

**21 - Volunteers readily** — Weighted at 4%
**Category -** Initiative

**Employee Response**

**5.0** | 5 - Outstanding

Comments not provided

### Reviewer Response

| 3.0 | 3 - Meets Expectations |

Comments not provided

| 22 - Helps others feel like they can bring their full, authentic selves to work. | Weighted at 4% |

**Category** - Inclusiveness

### Employee Response

| 5.0 | 5 - Outstanding |

Comments not provided

### Reviewer Response

| 4.0 | 4 - Exceeds Expectations |

A'drienne is open to new ideas and supports her colleagues unequivocally

| 23 - Consistently makes an effort to view and discuss their work and the work of their team through a lens of Diversity, Equity, and Inclusion | Weighted at 4% |

**Category** - Inclusiveness

### Employee Response

| 5.0 | 5 - Outstanding |

DEI in any movement to end gun violence is paramount. I served on the BIPOC Institute realm at GSU to heighten awareness of its importance in this work; top priority for volunteers to successfully complete DEI training to serve those most impacted by gun violence, effectively. Also, I strive to create a safe space for open, honest conversations about post-DEI training takeaways.

## Reviewer Response

**5.0** | 5 - Outstanding

A'drienne is constantly working to ensure we center the voices and experiences of survivors & communities most impacted by GV in our work

---

**24 - Shows an awareness and interest in centering identities different from their own and/or identities that are often marginalized**  Weighted at 4%

**Category -** Inclusiveness

## Employee Response

**5.0** | 5 - Outstanding

Comments not provided

## Reviewer Response

**5.0** | 5 - Outstanding

A'drienne has worked successfully to substantially increase the # of black leaders in NC this year

---

**25 - Knows, understands, and strives to incorporate the Everytown values into their day to day work.**  Weighted at 4%

**Category -** Values

## Employee Response

**5.0** | 5 - Outstanding

Comments not provided

## Reviewer Response

**4.0** 4 - Exceeds Expectations

A'drienne is committed to ensuring we operate through a lens of DE&I in our work and receptive to all the ways in which her leaders seek to change and innovate our work

# OVERALL COMMENTS

## Employee Response

| Overall Rating | Questions |
|---|---|
| 4.36 4 - Exceeds Expectations | 4.36 |

I appreciate the opportunity to be a member of the Everytown For Gun Safety - National Field Team (SOUTH)! I believe I have contributed to my chapters' wins, and serve as a valued asset to your organization and OM team.

I look forward to my continued growth and awareness in the GVI movement as we have more work to do. And I am just getting started in this fight!

In Appreciation,

A'drienne

## Reviewer Response

| Overall Rating | Questions |
|---|---|
| 3.64 4 - Exceeds Expectations | 3.64 |

A'drienne has demonstrated huge growth in the course of the rating period, mastering the various platforms required to manage her chapters, establishing meaningful relationships with her leaders and pushing them to stay focused on the priority goals & strategies in their chapter plans, primarily diversifying their leadership and continuing to build community partners in communities most impacted by gun violence.

In the next year I'd love to see A'drienne focus on 1) recruiting a full leadership team in Arkansas, 2) working with her chapters on intentional recruitment practices, esp in the target communities ID'd in their chapter plans, and 3) working with them to lay out and follow a robust plan for elections work in North Carolina.

# EMPLOYEE ACKNOWLEDGEMENT

I hereby acknowledge that I have read and discussed this review with my manager. I understand that I may submit a comment which will be retained with this review.

**Employee Signature**

A'drienne Johnson

**Acknowledgement Date**

12/15/2023

**Employee Comments**

Thank you!