# EXHIBIT 6

# Johnson, A'drienne (Johnson, Adrienne)
## OMNF-ORGANIZING MANAGER, ADVOCACY CAMPAIGNS

**Position ID -** XJ1000260

**Reports To -** Rhodes, Brandon

**Department -** 000225-ADVOCACY CAMPAIGNS

**Business Unit -** ACT-Action

**Location -** RM01-Remote

## REVIEW INFORMATION

### 2024 Mid-Year Review

**Review Period -** 01/01/2024 to 12/31/2024

**Status -** Released to Employee

**Target Completion Date -** 08/02/2024

## REVIEWER INFORMATION

**Reviewer -** Rhodes, Brandon

**Overview**

The Mid-Year Review Survey is made up of two parts: written feedback (qualitative) and rated competency questions (quantitative). Please consider the last 6 months (1/1/24 - 6/30/24) when completing the review. This should take approximately 15-30 minutes to complete.

For each competency question, you will be asked to choose a performance assessment from a drop-down menu. The assessments and definitions are as follows:

### Exceptional - Over-performs and Stands Out Amidst Their Peers
This person demonstrates consistent expertise or mastery in their current role. They outperform 90% of their peers with little need for development.

### Strong - Consistent Performance
This person demonstrates strong competency, and has shown growth over time. There may be areas still needing growth(which should be reflected in the written feedback), but overall they perform effectively and reliably .

### Meets Expectations - Room to Develop
This person generally fulfills expectations. However, there is a consistent need for guidance and oversight, which should be reflected in the written feedback.

### Does Not Meet Expectations
*If an employee is consistently not meeting expectations, please also consult HR.*

The written section should cite specific examples of accomplishments and areas for improvement or development. It should include references to subjects covered in the 7 competency questions.

After completing the Mid-Year Review Form, the direct manager and staff member must meet to discuss the contents of the review.

HR should be notified of any staff who are consistently not meeting expectations PRIOR to meeting with the employee.

Please reach out to Zoe Bloom in HR with any questions.

# QUESTIONS

## Instructions

Our semi-annual Performance Reviews are a chance for staff members to connect with their direct managers to measure and understand their performance as well as to actively engage in their professional development. These forms are meant to to help quantify staff performance and provide meaningful feedback.

---

**1 - VALUES: Knows, understands, and incorporates Everytown values in their work and interactions.**

**Category** - Questions for the 2024 Mid-Year Review

---

### Reviewer Response

- ☐ Exceptional
- ☒ Strong, Consistent Performer
- ☐ Meets Expectations, Room to Develop
- ☐ Does Not Meet Expectations

A'drienne strives to incorporate Everytown values into her work and interactions, which is evident in her engagements with chapters and in her requests to them.

---

**2 - JOB EXPERTISE: Demonstrates the expertise required for their role.**

**Category** - Questions for the 2024 Mid-Year Review

---

### Reviewer Response

- ☐ Exceptional
- ☐ Strong, Consistent Performer
- ☒ Meets Expectations, Room to Develop
- ☐ Does Not Meet Expectations

A'drienne demonstrates the expertise required for her role as OM, effectively motivating and guiding her chapters. However, her training and development skills could be improved.

**3 - ORG AND TEAM PRIORITIES:** Demonstrates a keen understanding of Everytown's priorities and team priorities, and how to leverage the full assets of the organization to achieve them.

Category - Questions for the 2024 Mid-Year Review

## Reviewer Response

☐ Exceptional
☒ Strong, Consistent Performer
☐ Meets Expectations, Room to Develop
☐ Does Not Meet Expectations

A'drienne demonstrates a keen understanding of Everytown's priorities and team objectives. I have observed her effectively advancing Everytown's priorities through her coaching of chapters, ensuring they remain focused on their mission.

**4 - COMMUNICATION:** Communicates effectively both in writing and orally with peers, managers, and key internal and (if applicable) external stakeholders.

Category - Questions for the 2024 Mid-Year Review

## Reviewer Response

☐ Exceptional
☐ Strong, Consistent Performer
☒ Meets Expectations, Room to Develop
☐ Does Not Meet Expectations

A'drienne effectively communicates with peers both verbally and in writing, meeting expectations with room to develop further. While she excels in delivering clear information verbally, there is an opportunity for growth in articulating goals and event plans in writing. Strengthening this area would enhance clarity and alignment within the team's initiatives.

**5 - INITIATIVE:** Demonstrates initiative and creativity in their role and exercises good judgment and problem-solving skills.

| Category - Questions for the 2024 Mid-Year Review |

## Reviewer Response

☐ Exceptional
☒ Strong, Consistent Performer
☐ Meets Expectations, Room to Develop
☐ Does Not Meet Expectations

Adrienne has demonstrated originality and ambition in her projects with chapters, showcasing commendable judgment and problem-solving skills. Her initiatives in North Carolina during Advocacy Day and in Arkansas during the transition from in-person to digital retreats illustrate her ability to adapt and innovate effectively. Her contributions have enhanced engagement and facilitated successful outcomes in challenging circumstances.

| 6 - COLLABORATION and RELATIONSHIP BUILDING: Works collaboratively and builds constructive relationships internally and (if applicable) externally. |

Category - Questions for the 2024 Mid-Year Review

## Reviewer Response

☐ Exceptional
☒ Strong, Consistent Performer
☐ Meets Expectations, Room to Develop
☐ Does Not Meet Expectations

Through her work at GSU and her increased partnerships within chapters and across departments, A'drienne has demonstrated strong collaborative skills. She consistently steps up to support her team.

| 7 - DEI : Strives to apply the values of DEI (Diversity, Equity, and Inclusion) to their work. |

Category - Questions for the 2024 Mid-Year Review

## Reviewer Response

☒ Exceptional
☐ Strong, Consistent Performer
☐ Meets Expectations, Room to Develop

Case 5:25-cv-00686-D-RJ    Document 7-6    Filed 12/01/25    Page 6 of 8

☐ Does Not Meet Expectations

A'drienne is vocal and proactive about promoting (DEI). I've witnessed her passionately advocate for BIPOC experiences, providing guidance to volunteers. She actively supports colleagues facing challenges and goes the extra mile by participating in caucus events to strengthen her role as an ally.

---

**8 - What is the employee doing especially well?**

Please focus on providing staff members with specific examples (e.g. works independently, takes initiative, problem solves and leverages relationships across the organization and with external partners).

Category - Questions for the 2024 Mid-Year Review

**Reviewer Response**

A'drienne excels at building strong relationships with her volunteers, meeting them where they are and providing support tailored to their needs. She is always ready to assist both her volunteers and coworkers without hesitation. Additionally, she has done outstanding work in developing partnerships for her chapters and for Everytown at GSU.

---

**9 - What areas should this person focus on developing or improving for the remainder of the year?**

Please focus on providing staff members with specific examples (e.g. needs to focus on communication, collaboration, skill building, meeting deadlines and managing up).

Category - Questions for the 2024 Mid-Year Review

**Reviewer Response**

I see several opportunities for growth for A'drienne. First, enhancing her project management skills would be beneficial. She could also use organizing tools like VAN and Civis more effectively to achieve her goals. Additionally, training volunteers to empower them rather than doing tasks for them would help develop a more self-sufficient volunteer base. This approach will ensure volunteers gain the skills to drive their initiatives independently.

| SIGNATURES |
|---|

_____         _____
**Employee Signature**                         **Reviewer Signature**