# EXHIBIT 7

I can't let today go by without giving a huge shoutout to the region that never fails to stay ready — the unstoppable SOPO team!

@AJohnson Not only did this incredible group surpass their regional goals with shiRs, but they did it while battling against the forces of Mother Nature herself. Facing not one, but two hurricanes headed our way, they showed resilience and determination every step of the way.

Even if I had ten thousand tongues, I still wouldn't be able to fully express how proud and grateful I am for each of them. Their commitment to our mission is unwavering, and they're making sure that the GSC and all the communities we work with know that we are leaving it all on the field this election season. This team is a powerhouse, an organizing machine, and they're not holding back for a single moment.

I'm beyond honored to work with such passionate, dedicated individuals. Let's keep pushing forward — SOPO, you're truly an inspiration!

+ Add a reply