# EXHIBIT 8

▇▇▇▇▇
Local Group Lead, Greater Little Rock Moms Demand Action
Little Rock, AR 72211
▇▇▇▇▇▇▇▇▇▇▇▇

July 20, 2025

To Whom It May Concern,

I'm writing to recommend A'drienne Johnson, who served as the Organizing Manager for Greater Little Rock Moms Demand Action for nearly two years. During that time, she was a helpful and consistent point of contact for our local group.

A'drienne ensured we received important updates and resources on time, which helped us stay organized and move forward with our work. She shared tools and tips that supported our efforts to grow the group, bring in more diverse voices, and navigate things like fundraising and budgeting.

She also encouraged gun violence survivor engagement and supported events that included and honored their experiences. When issues or miscommunications came up, A'drienne was open to talking through them and finding a solution.

As a Local Group Lead, I appreciated her availability, even outside regular hours when necessary. I felt comfortable reaching out to her and communicating honestly about our local needs.

Overall, A'drienne provided steady support to our team and helped keep things on track at the chapter level.

Sincerely,

▇▇▇▇▇▇

Greater Little Rock Local Group Lead
Moms Demand Action – Little Rock, Arkansas