# EXHIBIT 10

5/11/25

To Whom It May Concern:

I am writing to recommend A'drienne Johnson for any position in which her leadership, creativity, compassion, and organizational skills can be employed.

I worked for 2 years with A'drienne as a volunteer with Moms Demand Action, a grass roots gun violence prevention organization affiliate of Everytown For Gun Safety Action Fund, Inc, where she served as my Organizing Manager.

A'drienne and I worked well together. She offered me guidance, encouragement, and feedback. She ensured our Chapter had trainings, organizing tools and resources to be successful.
During the time she was the NC Chapter Organizing Manager, we held a successful statewide retreat for 50 volunteer leaders and an Advocacy Day at the North Carolina General Assembly with 140 volunteers, survivors, law enforcement, and community partners who rallied and met with lawmakers to talk about gun safety. We also engaged volunteers around the state to organize canvassing and phone banks for "Gun Sense" candidates in the 2024 election cycle, where our chapter exceeded our election and campaign goals!

A'drienne is very committed to the gun safety movement and other social justice issues. She believes in putting survivors and people most effected gun violence at the forefront of our advocacy and in building coalitions with other individuals and groups.

A'drienne is easy to work with, and I have no doubt she will bring the same exceptional dedication, kindness, and talent in any endeavor as she did in our chapter.

Please feel free to contact me if you would like to discuss my recommendation further.

Sincerely,

█████████

Past Volunteer NC Chapter Lead

Current Deputy Chapter Leader

Moms Demand Action

█████████