# EXHIBIT 11

July 13, 2025

To Whom It May Concern,

It is the intent of this letter to convey my experiences and insight as the Chapter Lead of the North Carolina Chapter of Moms Demand Action for Gun Sense in America during the first year of A'drienne Johnson's tenure as the state's Organizing Manager. I served as Chapter Lead for approximately 1 year, during which time I worked under 3 Organizing Managers. ▆▆▆▆▆ Jamie Ford, and A'drienne Johnson, respectively.

▆▆▆▆▆ initially asked me to take the role of Chapter Lead in North Carolina. At the time, there were only five state level leadership positions filled. Recruiting Leads within the Diversity, Equity, and Inclusion framework was a top priority for our Chapter Goals. It was evident and acknowledged that the main challenges within the Chapter stemmed from long term issues that had been unresolved for several years within the Moms Demand Volunteer Leadership ranks, particularly among the State Leads and Triangle Local Group members. I believe these issues could be described as volunteer exhaustion, disorganization in fidelity to Organization protocols (and in some cases, values) regarding events, media engagement, budgeting allotments and data collection at the local group level, and interpersonal conflicts within the Triangle Local Group and among some of the State Leads. ▆▆▆▆▆ told me that she had to essentially shut down all events due to these aforementioned issues coupled with the urgent need to expand our team of State Leads. There were instances of NC Moms Demand leaders engaging in rogue media interviews, overt reactions to directives to comply with the Volunteer Agreement Form (VAF) and demonstrating a refusal to operate within the organization's guidelines as outlined in the Gun Sense University (GSU) trainings each Lead was required to complete. As Chapter Lead, I determined the best course of action would be to audit the Volunteer Trainings and ensure each Lead had completed the required trainings per their VAF. ▆▆▆▆▆ was certain the Leads would not comply with the training, and soon after relocated her assigned territory leading to Jamie Ford taking over as interim OM in addition to her other job duties as Organizing Director until A'drienne was eventually hired shortly afterward. Jamie agreed I should implement the audit, but her time was understandably spread thinly among her many daily tasks as she pulled double duty in her role with the additional OM duties.

When A'drienne came on board as Organizing Manager (OM), she enthusiastically supported the goal and our training compliance significantly increased. Ultimately, it was our hope that this increased compliance in the required training would help address the cultural issues within the Chapter, but there was significant resistance among several of the "old guard" Leads and some of their direct recruits. The resistance was almost exclusively centered in the DEI training, which was blaringly evident as a needed culture component within the Chapter. Shortly after A'drienne was hired, the complaints among the Leads shifted from an opposition to everyone at Everytown to direct attacks on A'drienne that were racially motivated and rooted in bias. I witnessed and reported microaggressions, racism against A'drienne and bias against me as a Queer woman. These instances were reported in detail to Kenneth Gonzales, Managing Director of Organizing,

Training, and Campaigns, and Jamie Ford, Organizing Director, who were in Everytown leadership roles. In several instances, the unresolved issues within the Chapter imploded. In one particular case, a Volunteer Lead from the Triangle conducted an unapproved media interview and made a public statement that was unvetted by Everytown or even Moms Demand Chapter Leadership and conflicted with Organization messaging. This was among many reasons why this Volunteer was asked to step down. She engaged in a racist tirade at A'drienne with extremely abusive language and excessive communication. She also received sympathy from several of her LGL and State Lead counterparts. Jamie dismissed another Volunteer but select group of NC White Moms Demand Action Volunteers retaliated against A'drienne for her dismissal. Despite these abuses and microaggressions, many of which Jamie witnessed and did nothing about, A'drienne remained committed to the Chapter Goals, the development of our team and the growth of our ranks. Her approach was hands on, enthusiastic, authentic, intentional, and delightful to work directly with as Chapter Lead. A'drienne went above and beyond her job to ensure I had the support needed to navigate my role as Chapter Lead amidst the challenges within the body of select Volunteers. One challenge I had as Chapter Lead was understanding how to navigate VAN, the data and information program used by Moms Demand to track progress, plan events, and target our network effectively in our tactical strategy toward our goals. I asked several times for direct coaching to understand what I needed to better track our data. The previous OMs had been spread too thin to follow through on this request, and the State Data Lead was unwilling to help me, and others learn the ins and outs of VAN data collection. A'drienne implemented direct coaching and facilitated connection with the Local Data Leads, many of whom stepped in to help better plan and track our events in VAN. Due to her leadership, our tracking significantly increased and improved, and our events grew in tracked attendance which aided our follow up efforts. Though without consistent support and protection, A'drienne's transformational leadership was welcomed by most of the Volunteers. And she is missed.

I was truly shocked to learn A'drienne had been terminated from Everytown. She was by far the most supportive and competent Organizing Manager I worked with during my tenure in North Carolina Moms Demand Action Leadership. I have been a long-standing supporter of Moms Demand Action and Everytown and remain committed to the goals of the Organization. It is never easy to see how the sausage is made when you deeply respect the values, mission, and overall impacts of the shop. I believe that in this instance, the organization I deeply respect, unfairly and unlawfully fired a devoted, competent, and effective Organizing Manager because she is Black, Gen X and unwilling to tolerate a toxic work environment. Our NC Chapter would not have exceeded its chapter and campaign goals had it been for her intergenerational leadership, competence, positivity, and dedication. It is my hope that my shared experiences in this letter and otherwise admitted as evidence in this process shed light on the cause for her action in this matter, and that she receives restitution in the resolution of this matter. Please feel free to contact me directly if you have questions or need clarifications. I remain willing and able to testify to the matters mentioned in this letter.

Kind Regards,

Kari Procton