# EXHIBIT 12

I am focused on the positive folks. But I can also except her and my desire to not move forward. Next week? Why am I being asked to appease L▇▇▇ O▇▇▇?
I was verbally attacked, disrespected, micro-aggressions on full display. Bullied. But, I'm being asked to wait until next week. What will happen next?
That is the problem when this kinda stuff remains unchecked. And this is not her first time being asked not to do that, btw. It sets a tone of acceptable behavior when undermining my authority and blatant disrespect for me is allowed to continue. It festers. And it's not fair to me or the group. They were disrespected too. No apology. Nothing.
She said she was not interested in moving forward with me. Her behavior supports it. Frankly, <u>I don t feel safe in her presence.</u> She is angry and appears incapable of controlling her emotions.

She didn't need to convey "I quit' in a Friday email concerning CR. You heard what she said on Wednesday. Given all the insurmountable amount of disrespect and negativity, including reprimand from her fellow Mom, that is enough. She is a new lead, too new to be wreaking havoc

+ Add a reply