# EXHIBIT 13

 working from home

 10:06 AM

Hey, A'drienne. Per our convo, any evidence you want to send my way that ▓▓▓▓ hasn't met the VAF requirements would be helpful, and then we'll need to follow-up to determine where the chapter should go from here.

🏠 2:29 PM

Hey A'drienne. Hope u enjoyed Moral Monday! I'm gonna grab some time for us to meet tomorrow am. I talked to Ken who had a good chat w Kari. He mentioned some micro aggressions or even blatant racism from various leaders, so just wanted to make sure we talk about that asap. Or lmk if there's anything else we need to cover besides all the ▓▓▓▓ stuff.

**Apr 25th**



**A'drienne** ▓▓▓▓  5:23 AM  MT

Hey J▓▓▓

Unfortunately, I didn't make it to Moral Monday, but Moms were on the scene and making a difference! Taking a sick day, but will be checking