# EXHIBIT 14



**A'drienne ▮▮▮▮▮** 6:08 PM

Hey J▮▮▮▮,

I've received feedback concerning weekend event. Some feel uncomfortable with C▮▮▮ hosting recruitment meeting Sat morning at her home, under current circumstances. There are no other leads involved w/ that event.
Alternate event happening that morning will be at community park for possible overflow. Tw▮▮▮▮▮ Ds. Seems if event is not canceled, location could simply be changed, and both leads could run it together—at the community center and outdoor park.

The concern is her divisive & bigoted rhetoric; concern is potential misrepresentation of NC Moms to potential new members. Already spewing "DEI is a waste of time. These are volunteers. ET doesn't understand that." This is about ending gun violence. And to be in her home?
Anyway...just thought I'd share what other voices are saying, "beyond M▮▮▮ M▮▮▮ C▮▮▮, and C▮▮▮"

Have a good night.

