# EXHIBIT 15

**J▮▮▮▮**

**J▮▮▮▮**
I wish we could have discussed this on our call yesterday. I don't know that anyone will be off-boarded before 5/17. Our goal is to grow the movement & give ppl opportunities to engage in our work and cancelling a meeting with late notice without consulting the leaders in advance doesn't really help us do that.

**A'drienne ▮▮▮▮**
This news was not available until ▮▮ our call. I wish ▮▮▮ D. had a conversation w/ her Chapter leadership prior to allowing C▮▮ to lead in lieu of herself. Initially, she intended to participate in MD actions, etc. ▮▮▮▮ suggested otherwise - ▮▮ our call. ▮▮▮ was convinced (manipulated) by ▮▮ of her ability to improve organizational group leadership.

I am aware of the goal. However, it s counterproductive at attempts to grow the movement with culturally insensitive, disrespectful group leaders as well. ▮▮ is one of them. You and I can agree to disagree. Leaders, including myself, should feel supported and protected in this space. It is important to me that all of

us consistently ▉o. ▉▉▉▉
leaders like ▉▉ don't help us do that
either. Again, we can agree to disagree.

The meeting is 5 days from now. That's ample time. I have no problem consulting the leaders in advance or continuing with the meeting. However, ▉▉▉▉ off boarding is inevitable.
If you'd like a brief chat on the phone, I am available.

In the meantime, I'll secure a zoom link to accommodate 5/17 meeting overflow. Also, you and L▉▉ C. will have my documentation on CR by Monday.

Thanks J▉▉.

J▉▉▉▉▉▉

Hey, A'drienne. To be clear, I'm not protecting ▉▉▉▉ I just want to make sure we proceed in a way where all our leaders understand the process (I'm thinking of ▉▉▉ & anyone else in that local group) and we are communicating fully - and with ample warning - about any decisions that are made. I'm hopping on a call rn but will give you a call in btwn at some point.