# EXHIBIT 16



## Re: Next Steps
1 message

**A'drienne**
To: "Ms. A

---------- Forwarded message ----------
From: **A'drienne Johnson**
Date: Tue, Oct 15, 2024 at 7:53 PM
Subject: Re: Next Steps

It is disheartening to work in a space where voices are dismissed, silenced, and unprotected by the very folks who purport to have your back. As previously shared, I have had to defend my professional integrity against lies, embellishments, skewed perceptions, false narratives, microaggressions, bigotry, entitlement...you name it, for over a year. Jaimie is aware of this fact as she was my OD at the time. Yes, there was a slight reprieve accompanied by numerous accomplishments. However, the undercurrent of discord has not changed.

This situation in NC is toxic and impedes my work as OM. It is beyond "working with people I don't like", as described by someone on the call today. And it certainly does not warrant being downplayed by the very people I have gone to for help. Gratefully, trusted colleagues are aware as they have been on this journey with me and share similar experiences. There were missed opportunities by executive management teams (2023 and 2024), to handle situations differently, including but not limited to, "Asheville". I hope that my aforementioned experiences will be taken seriously and you will implement further discovery into my claims. Moving forward, I am confident all will work out as it should.

Thank you and HR for our revelatory conversation today.

In the meantime, looking forward to additional data training.

All the Best,
A'drienne

On Tue, Oct 15, 2024 at 5:26 PM B
> Hey A'drienne

We should begin taking the following steps moving forward with this PIP. I'll contact Data to schedule training time on your calendar.

Also, please CC me and the management team on all communications with your chapters and invite me to all meetings.