# EXHIBIT 17

EVERYTOWN FOR GUN SAFETY ACTION FUND, INC.

EVERYTOWN FOR GUN SAFETY SUPPORT FUND, INC.

# EMPLOYEE HANDBOOK

## POLICIES & PROCEDURES



Case 5:25-cv-00686-D-RJ    Document 7-17    Filed 12/01/25    Page 2 of 16

# EVERYTOWN FOR GUN SAFETY ACTION FUND, INC. & EVERYTOWN FOR GUN SAFETY SUPPORT FUND, INC.

We welcome you to Everytown For Gun Safety Action Fund, Inc. and Everytown For Gun Safety Support Fund (collectively "Everytown"). We each need to embrace Everytown's values to conduct ourselves with integrity, honesty and dignity. We believe that each and every employee contributes directly to the success of Everytown, its accomplishments, our growth and our success. We hope you take pride in being part of our team.

One of the unique values at Everytown is the importance of "collaboration." We work as a team with others so that we can leverage our people, our resources and our ideas. Collaboration is a positive partnership. With that comes communication. We encourage each and every person that works with us to communicate. If you have any questions about this guide, your work or anything that involves Everytown, please let Human Resources know.

This resource guide was developed to describe some of the expectations of our employees and to outline the policies, programs and benefits available to eligible employees. Employees should familiarize themselves with the contents of the employee resource guide, for it will answer many questions about employment here. Everytown reserves the right to revise, supplement, or rescind any benefits, policies or portion of this guide at any time as it deems appropriate, in its sole and absolute discretion.

We hope that your experience here will be challenging, enjoyable and rewarding.

## Everytown Standard Business Hours

All Full-Time staff are expected to work a minimum of eight hours a day Monday through Friday between the hours of 9:00am and 6:00pm, whether they are in an office or remote. Staff have flexibility to arrive at the office (or log on) between 9:00am and 10:00am and leave (or log off) between 5:00pm and 6:00pm based on their personal preference, commute, and the needs of their team or their meeting schedule. For most staff, this will be Eastern Standard Time, although some remote staff may work slightly different hours depending on their time zone..

Due to the nature of work at Everytown, there may be times when staff are required to work outside standard business hours (before 9:00am or after 6:00pm). In these cases, staff are expected to work with their direct supervisor to ensure there is clarity around their expected availability. For expectations on weekend work, see our Time Off Norms.

## Employment Status (Part Time and Full Time Working Hours)

All employees hired by Everytown and paid on Everytown's payroll are classified as either "Full-time Regular", "Part-time Regular" or "Temporary". Full Time Employees typically work between 36 and 40 hours per week, although they may be required to work additional hours. Part-time employees typically work 35 or fewer hours per week. Any part-time employee who believes he or she must work longer than their scheduled hours in a particular work week must obtain approval from his or her manager prior to working any additional hours; the failure to do so may subject the employee to disciplinary action, up to and including termination of employment.

All employees are also designated as either exempt or non-exempt under state and federal wage and hour laws. Non-exempt employees are entitled to overtime whereas exempt employees are not entitled to overtime as their salary compensates them for all hours worked.

An employee's classification may change during their employment with Everytown based on changes in their responsibilities and job duties. Generally, only Full-Time Regular and Part-Time Regular employees who work 30 hours or more are eligible to receive the employee benefits offered by Everytown, with the exception of the 401(k) program, in which all Part-Time and Full-Time employees, regardless of hours, are eligible to participate. In addition, because all employees are at-will, these classifications do not guarantee employment and/or the provision of benefits for any definite period of time. Employees who are unsure of their employment status should contact Human Resources.

## Unlawful Discrimination and Harassment

Everytown is committed to providing employees with a professional working environment that is free from all forms of harassment and discrimination as defined under applicable law ("Harassment" and "Discrimination"). Harassment of, or discrimination against, an individual or group on the basis of race, color, religion or belief, sex, national or ethnic origin, ancestry, age, marital status, sexual orientation, gender identity, genetic predisposition or carrier status veteran or military status, disability or any other classification protected by law, is absolutely prohibited. Harassment includes conduct based on a protected classification to which submission is made a term or condition of employment or which forms the basis for any employment decision; which has the purpose or effect of unreasonably interfering with an individual's work performance; or which otherwise creates an

10

intimidating, hostile or offensive working environment. Harassers can be superior, a subordinate, a coworker or anyone in the workplace including a contractor, vendor, client, volunteer, customer, or visitor and harassment by any such individuals of any Everytown employee, contractor, vendor, client, volunteer, customer, visitor is strictly prohibited.

Harassment, including sexual harassment, may take different forms, and may involve, but is not limited to, visual displays (whether present in person/the office or accessed via the internet), suggestive or offensive remarks or jokes, slurs or epithets of any kind, gestures, leering, unwanted sexual advances or demands, propositions, or unwanted physical contact, such as pinching, patting, kissing, hugging, or grabbing. In addition, hostile actions taken against an individual based on that individual's sex, or sexual orientation, gender identity, or the status of being transgender can constitute Harassment. Sexual harassment also occurs when a person in authority tries to trade job benefits for sexual favors. This can include hiring, promotion, continued employment or any other terms, conditions, or privileges of employment. Whatever form it takes, Everytown will not permit any employee to harass others with whom he/she has business interactions including, but not limited to other employees, contractors, volunteers, customers and vendors, or permit any contractors, volunteers, customers or vendors to harass its employees. This is true, not only in the workplace, but in any work-related setting including business trips, and business-related social events. Calls, texts, emails and social media usage by employees can constitute unlawful Harassment even if they occur away from the workplace premises, on personal devices, or during non-work hours. All employees must comply with this policy and take appropriate measures to ensure that such conduct does not occur.

Harassment and Discrimination are offensive, a violation of our policies and unlawful. Employees who engage in Harassment or Discrimination, including Managers who engage in Harassment or Discrimination or who knowingly allow such behavior to continue, will be subject to disciplinary action up to and including termination of employment.

## Reporting and Investigation:

It is the responsibility of every employee to further the implementation of Everytown's policies forbidding Discrimination and Harassment. Everytown cannot prevent or remedy Harassment unless it knows about it.

Employees who believe they have been subjected to any kind of Discrimination or Harassment even a single incident, whether or not they have confronted their alleged discriminator of harasser, and employees who witness or are aware of Discrimination or Harassment, must immediately notify their manager (provided the Manager is not the alleged discriminator or harasser), Human Resources or the General Counsel. Managers are required to report any complaint they receive, or any Harassment or Discrimination that they witness or observe to Human Resources or the General Counsel. Managers who fail to do so will be subject to disciplinary action, up to and including termination.

Reports of Harassment or Discrimination can be made verbally or in writing. To submit a written complaint, employees are encouraged to use the following Complaint Form: https://dhr.ny.gov/sites/default/files/pdf/nysdhr-employment-complaint-form-fillable.pdf . Employees are prohibited from making knowingly false reports of Harassment or Discrimination.

Everytown will thoroughly, impartially and promptly investigate any complaint, and such investigation will, to the maximum extent feasible, remain confidential. However, investigation of

such complaints may require disclosure to the accused individual and to other witnesses in order to gather pertinent facts. All persons involved, including complainants, witnesses and alleged perpetrators will be accorded due process to protect their rights to a fair and impartial investigation. While the investigation process may vary from case to case, investigations will generally include conducting a review of the allegations and taking appropriate interim actions to protect the complaining party where necessary or appropriate; conducting interviews of relevant parties involved; obtaining and reviewing any relevant documents; and, in certain instances, preparing a written report of the investigation. At the conclusion of the investigation, Everytown will promptly notify the individual who reported and the individual(s) about whom the complaint was made of the final determination and implement any appropriate corrective action. Everytown will retain an investigations file in a secure and confidential location. Everytown will also inform the individual who reported of the right to file a complaint or charge externally.

## Non Retaliation:

It is unlawful and expressly against Everytown's policy for any person to retaliate in any manner against another person for making a good faith complaint of Discrimination or Harassment, or for cooperating in an investigation of any allegations of Discrimination or Harassment. Retaliation includes any adverse employment action against any individual who files a Harassment or Discrimination complaint or who participates in a Harassment or Discrimination investigation. Additionally, retaliation can also be any action that could discourage an individual from coming forward to make or support a Harassment or Discrimination claim. Accordingly, individuals who in good faith report incidents of Discrimination or Harassment, or who cooperate in an investigation regarding any such allegations will not be subject to any form of retaliation. An employee who believes that he or she has been retaliated against, or who believes that he or she has become aware of any form of unlawful retaliation is required to report it immediately to his or her manager (provided that the Manager is not the alleged retaliator), their Human Resources representative, or the General Counsel. The reporting and investigation of allegations of retaliation will follow the procedures set forth above for reporting and investigation of Discrimination and Harassment.

## Legal Protections and External Remedies for Harassment and Discrimination

Harassment and Discrimination are prohibited not only under Everytown's policy, but also under state, federal, and, where applicable, local law. Aside from the Everytown's internal complaint procedure, employees may also choose to pursue legal remedies with the following governmental entities:

### A. United States Equal Employment Opportunity Commission (EEOC)

Employees can file a complaint with the EEOC anytime within 300 days from the alleged Harassment or Discrimination. There is no cost to file a complaint with the EEOC. The EEOC will investigate the complaint and determine whether there is reasonable cause to believe that Harassment or Discrimination has occurred, at which point the EEOC will issue a Right to Sue letter permitting the employee to file a complaint in federal court. The EEOC does not hold hearings or award relief but may take other action including pursuing cases in federal court on behalf of complaining parties. Federal courts may award remedies if Harassment or Discrimination is found to have occurred.

Employees who believe that they have been discriminated against at work can file a "Charge of Discrimination."

The EEOC has district, area, and field offices where complaints can be filed. Contact the EEOC by calling 1-800-669-4000 (1-800-669-6820 (TTY)), visiting their website at www.eeoc.gov or via email at info@eeoc.gov. If an individual filed an administrative complaint with DHR, DHR will file the complaint with the EEOC to preserve the right to proceed in federal court.

### B. New York State Division of Human Rights ("DHR")

Employees working in New York may file a complaint alleging violation of the New York Human Rights Law ("HRL") with DHR or New York State Supreme Court any time within one year of the alleged Harassment or Discrimination (or three years for gender-based or sexual harassment). Employees who do not file with DHR can still bring a lawsuit directly in state court within three years of the alleged Harassment or Discrimination. An employee may not file with DHR if they have already filed a HRL complaint in state court. Complaining internally to Everytown does not extend an employee's time to file with DHR or in court. The one year or three years is counted from the date of the most recent incident of Harassment or Discrimination. Employees do not need an attorney to file a complaint and determine whether there is probable cause to believe that Harassment or Discrimination has occurred. Probable cause cases are forwarded to a public hearing before an administrative law judge. If discrimination is found after a hearing, DHR has the power to award relief, which varies but may include requiring the employer to take action to stop the Harassment or Discrimination, or redress the damage caused, including paying monetary damages, attorney's fees and civil fines.

DHR's main office contact information is: NYS Division of Human Rights, One Fordham Plaza, Fourth Floor, Bronx, New York 10458. (718) 741-8400, www.dhr.ny.gov Contact HR at (888) 392-3644 or visit dhr.ny.gov/complaint for more information about filing a complaint. The website has a complaint form that can be filled out, notarized and mailed to DHR. The website also contains contact information for DHR's regional offices across New York State.

### C. Local Protections

Many localities enforce laws protecting individuals from Harassment and Discrimination.

Employees should contact the county, city or town in which they live to find out if such a law exists. For example, employees who work in New York City may file complaints of Harassment and Discrimination with the New York City Commission on Human Rights. Contact their main office at Law Enforcement Bureau of the NYC Commission on Human Rights, 40 Rector Street, 10th Floor, New York, New York; call 311 or (212) 306-7450; or visit www.nyc.gov/html/cchr/html/home/home.shtml.

### D. Local Police Department

If the alleged Harassment or Discrimination rises to the level of assault, employees may alwayscontact their local police department.

## Communication and Employee Problem-Solving

At Everytown, we all must effectively and openly communicate with one another. Since information is only as good as its source, we encourage you to consult your manager, this Employee Handbook, or Human Resources should you have any questions.

Since we recognize that no job or Everytown is perfect and that problems or misunderstandings may arise from time to time, we are committed to working with our employees to solve problems and learn from mistakes. Employees experiencing any problems or complaints regarding the application of Everytown policies, payment of wages, harassment or discrimination (as discussed above), discipline or other concerns are encouraged to confer with their manager or Human Resources immediately to resolve such issues. If the issue is not resolved after initially speaking with a manager, or if the problem involves the manager, employees are encouraged to contact Human Resources directly without fear of reprisal. Everytown wants to listen to and handle your problems internally but needs your cooperation to make the problem-solving procedure work.

## Open Door Policy

Everytown has always had a policy that the offices of our top-level managers are open to all employees. If an employee does not get a satisfactory answer to a problem or does not get the answer as quickly as they think they should under other communications network channels listed herein, they are free to walk in the open door of that office and address the problem directly with any member of the management team.

## Violence in the Workplace

Everytown is committed to maintaining a working environment that is free from all forms of violence, threats and intimidation. Everytown does not tolerate violence or the threat of violence against any employee, client, visitor or other individual in, or arising out of, the workplace, or through Everytown's communication systems. This prohibition also includes statements made in jest or any activity which can be perceived as having intended to result in physical harm to any individual or physical damage to Everytown's property. Employees aware of any threat (express or implied) or act of violence must immediately report such conduct to their manager, Security and/or Human Resources. Violations of this policy may result in disciplinary action up to and including termination of employment.

## Reporting Relationships

While it is not Everytown's intent to unreasonably delve into the personal lives of its employees, many problems are caused when employees are involved in personal relationships (including, but not limited to, being related by blood or marriage or having a romantic relationship of any kind) with other employees. Such problems include but are not limited to conflicts of interest, the appearance of favoritism and/or coercion, exposure to rivalry and discord, work scheduling conflicts, access to otherwise unavailable information, the undermining of the integrity of Everytown's operations and

difficulties in discipline and performance assessment. In order to avoid favored treatment based on familial relationships and the appearance of impropriety, and to maintain appropriate financial controls, Everytown generally prohibits the hiring of any close relative of a current employee. Furthermore, any employees involved in a personal relationship are prohibited from being in a direct reporting relationship, or in the chain of command of one another or otherwise participating in employment or hiring decisions involving one another. Employees' failure to immediately notify Human Resources of any circumstances in which they or other employees may be in violation of this policy may result in disciplinary action up to and including termination of employment. If Everytown, in its sole discretion, believes that personal relationships between employees directly or indirectly affect its business, Everytown will resolve the situation as it deems appropriate including, but not limited to, re-assignment, transfer, decision not to hire a candidate and/or termination of employment.

## Travel and Business Expenses including Meals and Entertainment

Everytown recognizes that many employees incur travel and business expenses in the course of performing their jobs. Consequently, and as set forth in Everytown's Travel & Expense Policy (as the same may be amended from time to time), employees will be reimbursed for actual, reasonable and necessary expenditures incurred while traveling and conducting business for Everytown, including the use of a personal automobile for Everytown purposes, within Everytown's discretion. At all times, and notwithstanding any provision of this Employee Handbook, employees are expected to follow Everytown's Travel & Expense Policy in effect at the time of the travel, including procedures for submitting expenses for reimbursement and for how to book travel. In addition, employees are obligated at all times to use good judgment in incurring travel and business expenses, and to avoid incurring any expenses that would give rise to the appearance of impropriety or of the misuse of Everytown resources.

Any employee unsure of whether Everytown will reimburse for a specific expense should consult the Travel & Expense Policy and or his/her manager in advance of incurring such expense.

## Remote Work Arrangements

Everytown values the intangible benefits of working at headquarters in either the NY or DC offices. As such, our belief is that in-office employee interaction is optimal for effective collaboration and organizational efficiency.

However, certain staff are required to work remotely based on the expectations of their position, subject to appropriate notification. Other employees are granted permission to work remotely at the discretion of Everytown, pursuant to the Permanent Remote Work Eligibility Policy.

Moreover, while traditionally Everytown has operated on a 5-day in the office work week, as of the return to the office following the Covid-19 pandemic, Everytown is currently operating until further notice on a hybrid schedule and staff are required to be in the office on certain days and permitted to work from home on other days each week. Staff are expected to be in the office on their designated office days, provided however that managers maintain flexibility to allow occasional additional remote work days for staff to accommodate unanticipated issues (e.g. a plumbing emergency or unanticipated childcare issue). In addition, staff are permitted to schedule themselves

to work remotely for a full Monday-Friday work week on two occasions throughout the calendar year subject to manager approval.

All employees must follow the Remote Work Guidelines for Everytown Employees at all times when working remotely.

## Hybrid Office Model and Remote Work Benefit

While traditionally Everytown has operated on a 5-day in the office work week, as of the return to the office following the Covid-19 pandemic, Everytown is currently operating until further notice on a hybrid schedule and staff are required to be in the office on certain days and permitted to work from home on other days each week. Staff are expected to be in the office on their designated office days, provided however that managers maintain flexibility to allow occasional additional remote work days for staff to accommodate unanticipated issues (e.g. a plumbing emergency or unanticipated childcare issue). In addition, staff are permitted to schedule themselves to work remotely for a full Monday-Friday work week on two occasions throughout the calendar year subject to manager approval.

## Personal Identifying Information and Disposal of Records

Employees must promptly provide to Human Resources, and Human Resources will also hold, all relevant personal data (including, but not limited to, appropriate work authorization, address, emergency contact, identification documents, banking information as necessary, education, training, reviews, vacations, absences, information required by various statutes, etc.) and changes thereto so that Everytown can maintain accurate records. As a condition of employment, employees' personal telephone numbers and pictures (for identification purposes only) will be made available so that other Everytown employees may contact them outside the office, if necessary, for business-related reasons.

Everytown is committed to safeguarding the confidentiality of all employees' personal identifying information. Personal identifying information includes but is not limited to the following:

- Social Security numbers
- Personal e-mail addresses
- Internet user IDs and passwords
- Driver's license numbers or non-driver identification card number
- Parents' last names prior to marriage
- Financial services, savings or checking account numbers or codes
- Electronic serial numbers or personal identification numbers

To that end, access to any files or records containing employee social security numbers or other personal identifying information shall be limited to Human Resources, Finance and other specific Management personnel on a "need to know" basis. Such access shall be solely for legitimate and necessary purposes related to the conduct of Everytown business.

Employees who receive or become aware of personal identifying information must treat such information in accordance with the Confidentiality, Non-Interference, Non-Disparagement and Work Product Assignment Agreement. For clarity, employees may not disclose such information to anyone except Everytown employees or its professional advisors who have a legitimate need to know such information. Disclosure to anyone else or to the general public is prohibited whether done orally or in writing and by any medium including, for example, the internet. Personal identifying information may not be posted, displayed, or otherwise communicated to the general public.

Specifically, Everytown prohibits:

- The public posting or displaying of employees' Social Security numbers;
- The printing of Social Security numbers on employees' badges or identification cards or other card for benefits or employment-related purposes;
- The dissemination of its employees' personal identifying information to the public;
- Encoding or embedding a Social Security number in a record or document by using a bar code, magnetic strip or other technology;
- Requiring any employee to transmit her/his Social Security number over the internet, unless it is encrypted;
- Requiring an employee to use a Social Security number to access an internet website, unless a password or unique personal identification number or other authentication device is also required; and/or
- Printing a Social Security number on any mailed materials, unless required or permitted by law.
- An employee's use of another employee's personal information for non-business reasons including disclosure to third parties.

With regard to disposal of records, Everytown requires that certain precautions be taken at all times when disposing of documents which contain personal identifying information. Before disposing of such records, all Everytown employees must do one of the following:

- Shred the record before disposal;
- Destroy personal information contained in the record; or
- Modify the record to make the personal information unreadable; and/or
- Take action consistent with common industry practices to ensure no unauthorized person will have access to personal information contained in such records.

Failure of any employee to abide by any part of this policy will result in discipline up to and including discharge.

## Benefits

Everytown offers certain benefits (e.g., health insurance) to eligible employees. Please refer to the Benefit Summary Folder on the Employee Resources Drive for more information. For questions regarding your benefits eligibility, coverage, etc., please contact Human Resources.

## Leaving Everytown

Employees who resign from Everytown should consult their offer letter, where applicable, for the appropriate notice period. All employees are at-will and are asked to provide two (2) weeks' written notice. Employees are asked to complete an exit interview with Human Resources prior to leaving.

Employees who leave Everytown, whether resigning or who are asked to leave, for any reason are required to (i) return all Everytown property including, but not limited to, such items as identification cards, Employee Handbook, telephones, hand-held devices, contact lists, software, books, computer equipment, work product, confidential and/or proprietary information; (ii) settle all outstanding loans, expense reports and credit card bills; and (iii) complete the applicable benefit forms. Regarding confidential information that is known, but not possessed physically, Everytown reminds its employees of the duty to maintain such confidentiality post-employment. For questions regarding confidentiality, including what constitutes confidential information, please refer to the *Confidentiality, Non-Interference, Non-Disparagement and Work Product Assignment Agreement* executed at the start of employment, and/or contact Human Resources with questions.

Additionally, employees are prohibited from destroying any Everytown property during, or following, employment with Everytown, unless specifically and explicitly directed to do so by Everytown. Destruction of Everytown property includes but is not limited to "wiping" or "cleansing" computers to remove Everytown work-product, or shredding Everytown documents.

# General Standards of Conduct and Ethical Behavior

Employees have an obligation to conduct themselves and our business with the highest ethical standards, with integrity and within guidelines that prohibit actual or potential conflicts of interest or the perception of impropriety. This high degree of ethics imposed upon us applies to everything we do and if not adhered to can have serious implications and repercussions on Everytown's reputation and business dealings. Therefore, it is imperative that all employees are in compliance with Everytown standards, policies and procedures relating to conduct, ethics, integrity, objectivity, confidentiality, use of inside information and conflicts of interest contained within this Employee Handbook and as set forth in the *Confidentiality, Non-Interference, Non-Disparagement and Work Product Assignment Agreement* executed at the start of employment.

Any employee who has a question about whether a situation he or she is in, or may enter into, may violate Everytown's standards of conduct should speak to his or her manager, or Human Resources. Everytown prohibits retaliation against an employee for, in good faith, raising a concern or reporting suspected or actual misconduct (although nothing herein prevents Everytown from disciplining an employee for misconduct).

Depending on position or department, standards, guidelines and policies other than those set forth below may also apply and will be either discussed with or distributed to employees by their department managers.

Depending upon the circumstances, failure to comply with the following general standards may, in Everytown's sole discretion, result in disciplinary action up to and including termination of employment. Because it is not possible to list every type of inappropriate conduct, the following list is not exhaustive nor a limitation on Everytown's right to discipline or terminate its employees. Therefore, employees should talk to their managers or Human Resources if unsure of what to do in a given situation.

The following actions and conduct are illustrative of the types that are not tolerated by Everytown, and that can lead to a range of disciplinary actions including termination:

1. Dishonesty, embezzlement, theft (including but not limited to theft of information or time), unauthorized removal or possession of property or conviction of a crime.
2. Fraud or deliberate entry of false or misleading information in Everytown's books or records.
3. Misrepresentation, either verbal or written, or falsification of Everytown documents including, but not limited to, employment related documents.
4. Immoral or indecent conduct.
5. Insubordination (including, but not limited to, refusal to perform work assigned, as well as disrespectful conduct toward superiors, co-workers, suppliers or customers).
6. Unauthorized use, possession, distribution, purchase or sale of, or impairment caused by, controlled dangerous substances or alcohol on Everytown time or in Everytown facilities.
7. Unlawful harassment or discrimination against others including, but not limited to, co-workers, subordinates, contractors, volunteers, suppliers, or customers.
8. Accepting employment with, or providing services to, any person or entity other than Everytown, even on non-Everytown time, without Everytown's prior written approval, except in jurisdictions where employers may not prohibit employees from holding multiple jobs simultaneously. (For further information on this policy, see "Pre-Approval of Outside Business Activities" below.)
9. Sabotage, loss, or damage to property or merchandise of Everytown, customers, co-workers, volunteers, vendors, or contractors.

10. Violations of Everytown's Security, Facilities, & Equipment Policy, including but not limited to: excessive or otherwise improper personal use of Everytown equipment, facilities or services, including, but not limited to, electronic or voice mail, the Everytown computers (including installing unauthorized software and/or hardware), telephones, copy machines, facsimile machines, postage or mail services.
11. Accessing, or attempting to access, any Everytown information or information contained in Everytown files or databases without having a legitimate business reason for doing so.
12. Failure to project a professional image including, but not limited to, failing to wear attire appropriate for one's position and/or engaging in unprofessional conduct with or in front of supporters or the public.
13. Disparagement of the people or entities with which Everytown conducts business.
14. Incompetence, inefficient and/or careless performance of duties, failure to maintain proper work standards or other poor performance, as determined in the sole discretion of Everytown.
15. Excessive or patterned absence or tardiness, or failure to promptly contact managers regarding absences and tardiness.
16. Possession, use, or distribution of dangerous weapons, such as knives, guns, explosives or any other devices that jeopardize the safety or security of individuals and/or property on Everytown premises, while on Everytown business, or using an Everytown vehicle.
17. Disrespectful or intimidating conduct of any kind including, but not limited to, threats, whether express, implied or in jest.
18. Failure to comply with applicable country, state or local tax requirements.
19. Audio recording or video recording, or attempting to audio record or video record, other employees, volunteers, vendors, or third parties without their knowledge and consent.
20. Violation of any other Everytown or department policy, procedure or rule, including those listed below.

## Microaggressions in the Workplace

All Staff are expected to familiarize themselves with our Microaggressions in the Workplace document (found in the DEI Folder in the Everytown Team Resources Drive) and should understand how to handle microaggressions at work. Acknowledgement of this handbook includes a representation that you have read and understood this resource.

## Conflicts of Interest

Employees must avoid situations where their personal interests could materially conflict with the core business interests of Everytown or could be perceived by others as doing so. Conflicts of interest arise when an individual's position or responsibilities with Everytown present an opportunity for personal gain separate and apart from the direct rewards of employment, or when an employee's personal interests are inconsistent with those of Everytown and could lead to his or her responsibilities with Everytown being compromised.

A conflict of interest, or the appearance of a conflict, may arise in a variety of circumstances and it is not possible to describe every situation. By example, however, a conflict occurs when an employee, relative of an employee, or individual with whom an employee has a personal relationship:

1. Directly or indirectly has a personal or financial interest in any transaction which is, or may be, adverse to Everytown.

2. Engages in, or recommends, a business transaction for Everytown that results in personal profit or gain.

Beyond the clear cases of conflicts of interest described above, there are situations that are inconsistent with the high standards of business ethics required by Everytown, which cannot be compromised. If there is room for suspicion that an interest in, or connection with, another venture might affect, or reasonably appear to affect, an employee's exercise of judgment on behalf of Everytown, the interest or connection should not be entered into and, once identified, should be brought to the employee's manager's attention immediately. Everytown will, within its sole discretion, determine whether a conflict exists, and whether an exception to this rule will be granted. Such rare exceptions will be memorialized in writing.

Employees must also disclose all outside business activities of close relatives that may raise an actual or potential conflict of interest for Everytown.

Those who fail to adhere to their obligations and this policy will be subject to disciplinary action up to, and including, termination of employment and/or legal action.

## Improper Disclosure of Confidential Information

As a condition of employment, upon hire employees are required to sign their offer letter from Everytown which includes a Confidentiality, Non-Interference, Non-Disparagement and Work Product Assignment Agreement. This agreement reflects the fact that Everytown employees have access to, and become familiar with, a broad range of highly sensitive confidential and proprietary information concerning Everytown and its personnel. The protection of this information is critically important to Everytown's operations, mission and reputation. All such confidential information is Everytown property and must be treated and protected as such.

Consistent with Everytown's strict protection of its confidential information, Everytown employees may not use or disclose information obtained on the job for any non-job-related purpose. This prohibition includes, but is not limited to, employees' use or disclosure of such information for their own or someone else's personal or financial gain.

Restrictions on the use of confidential information apply even after an employee has left Everytown.

Those who fail to adhere to the restrictions set forth above or any other applicable confidentiality requirements, including those set forth in the *Confidentiality, Non-Interference, Non-Disparagement and Work Product Assignment Agreement*, will be subject to disciplinary action up to and including termination of employment. In addition, Everytown reserves the right to take legal action, including against current or former employees, to protect its interests in its confidential information.

Nothing herein or in any Everytown policy or agreement prohibits employees from exercising their rights under any laws, including those under Section 7 of the National Labor Relations Act, to engage in protected concerted activity with other employees

## Whistleblower Policy

### General

Everytown requires that its directors, officers and employees, if any, observe high standards of business and personal ethics in the conduct of their duties and responsibilities. As representatives of Everytown, we must practice honesty and integrity in fulfilling our responsibilities and comply with all applicable laws and regulations.

This policy is not a vehicle for reporting problems with co-workers or managers, or for reporting issues related to alleged discrimination or harassment of any kind. See "Unlawful Discrimination and Harassment" herein.

The matters which should be reported under this policy include suspected fraud, theft, embezzlement, accounting or auditing irregularities, bribery, kickbacks, misuse of Everytown's assets or suspected regulatory, compliance, or ethics-related issues, concerns or violations.

A copy of this Whistleblower Policy will be distributed to all directors, officers and employees of Everytown and to all volunteers who provide substantial services.

### Reporting Responsibility

It is the responsibility of all directors, officers and employees to report violations or suspected violations of high business and personal ethical standards and/or applicable legal requirements, including but not limited to actions that are illegal, fraudulent or in violation of Everytown's adopted policies, (each, a "Violation") in accordance with this Whistleblower Policy.

### No Retaliation

No director, officer, employee or volunteer who in good faith reports a violation shall suffer intimidation, harassment, discrimination, retaliation or adverse employment consequence. An employee who retaliates against someone who has reported a violation in good faith is subject to discipline up to and including termination of employment. This Whistleblower Policy is intended to encourage and enable employees, if any, and others to raise serious concerns within Everytown prior to seeking resolution outside of Everytown.

### Reporting Violations

Questions, concerns, suggestions or complaints regarding the ethical and legal standards noted above should be addressed directly to the Chairperson of the Board of Directors (the "Chairperson") or the General Counsel of Everytown(the "General Counsel"). If the Chairperson is alleged to have committed a Violation, questions, concerns, suggestions or complaints should be directed to the General Counsel. If the General Counsel is alleged to have committed a violation, questions, concerns, suggestions or complaints should be directed to the Chairperson.

### Investigating Violations

The General Counsel or the Chairperson, as applicable, is responsible for investigating and resolving all reported complaints and allegations concerning the ethical and legal standards noted above that are reported to him or her, and shall advise the Board of Directors and, if the General Counsel or Chairperson deems it appropriate, the Executive Director or President (if any), of all such complaints and allegations. The General Counsel and Chairperson are required to report to the full Board of Directors at least annually regarding such complaints and allegations.