# EXHIBIT 18

T▓▓▓
@ Out of Office Until 10/20 =

T▓▓▓

Hi A'drienne! I hope you're well!!! A▓▓ shared with me that you would like to check in with her-- just so I can make sure she's prepared, did you have any topics in mind?

Sep 9th

T▓▓▓
hi there! just wanted to follow up on this!

Sep 18th

A'drienne ▓▓▓
Hi T▓▓! I hope all is well with you.

I would like to check in on the following:

1. Follow up to our previous check in
2. Exec. Team Engagement w/Field Team OMs
3. The Silencing of Black Women Some Members of Exec Leadership Team

Thanks for your follow up, .@T▓▓▓!