# EXHIBIT 19

# Email Veriñcation Code / Código de Veriñcación de Correo Electrónico  Inbox



r-+ EEOC  May 2
to me ·



## U.S. Equal Employment Opportunity Commission

Please use **code 597B69 to verify your email.**

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected óy federal and state privacy laws. It is intended only for t/ie ose of t/ie person(s) named aóove. If you are not t/ie intended recipient, you are heredy notified that any review, dissemination, distrióution, or duplication of this communication is strictly prohióited and may óe unlawful. If you are not t/ie intended recipient, please contact* info@eeoc.gos *and destroy all copies of t/ie original message and attachments.*



**Comisión para la Igualdad de**

W  Reply  r-+  Forward

 Ms. A'drienne ▓▓▓▓▓▓

# Forgot Question Answers for EEOC Portal / Preguntas Respuestas Olvidadas del Portal Público de la EEOC

1 message

**EEOC** <no-reply@service.eeoc.gov>  Tue, May 13, 2025 at 10:08 PM
To: ▓▓▓▓▓▓

 **U.S. Equal Employment Opportunity Commission**

Here are your Questions and Answers for the EEOC Public Portal:

- **What is your father's middle name??** Leon
- **What year was your mother born??** 1940

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact info@eeoc.gov and destroy all copies of the original message and attachments.*

 **Comisión para la Igualdad de Oportunidades en el Empleo de los Estados Unidos**

Estas son sus Preguntas y Respuestas para el Portal Público de la EEOC:

- **What is your father's middle name??** Leon
- **What year was your mother born??** 1940

*Aviso de confidencialidad: Este correo electrónico puede contener información privilegiada y confidencial, incluida información protegida por las leyes de privacidad federales y estatales. Está destinado únicamente para el uso de las personas mencionadas anteriormente. Si usted no es el destinatario previsto, por la presente se le notifica que cualquier revisión, difusión, distribución o duplicación de esta comunicación está estrictamente prohibida y puede ser ilegal. Si usted no es el destinatario previsto, comuníquese con info@eeoc.gov y destruya todas las copias del mensaje original y los archivos adjuntos.*