# EXHIBIT 20

 **Gmail**                                    Ms. A'drienne J ██████████████

## ACTION REQUIRED – Schedule an Appointment Now
1 message

---

EEOC <no-reply@service.eeoc.gov>                              Mon, Jun 30, 2025 at 6:31 PM
To: "Ms. Adrienne Johnson" ████████████████████



**U.S. Equal Employment Opportunity Commission**
**Raleigh Area Office**
434 Fayetteville Street Suite 700 Raleigh, NC  27601
(984) 275-4800
Website: www.eeoc.gov

06/30/2025

Dear Ms. Adrienne Johnson,

The U.S. Equal Employment Opportunity Commission (EEOC) has received your inquiry.

**Inquiry Number:**
433-2025-03400

**Charging Party:**

Ms. Adrienne Johnson

███████████████████████████
███████████████████████████

**Respondent:**

Everytown For Gun Safety

████████████████████████████
RALEIGH, NC 27613

**Regarding:**

Race, Age – I am 40 years of age or older, Color, Retaliation – I complained to my employer about job
discrimination
02/12/2025

**What do I need to do now?**

**1. Make an Appointment Using the EEOC Scheduler**

An inquiry is **not** a charge of discrimination. To preserve your rights, you must file a charge within certain time limits. Based on the information above, you might need to file a charge on or before **08/11/2025**. The EEOC will explain how to file a charge at your appointment. (If you are unable to make an appointment, we will contact you before the filing deadline date.)

• **Click here to log into the EEOC Scheduler to make an appointment.**

Please log into the EEOC Scheduler using your username—ajaninejohnson@gmail.com—and, if you do not already have a password, the EEOC Scheduler will ask you to create one.

Your EEOC Scheduler account is **not** the same as your EEOC Public Portal account. The EEOC Public Portal allows you to submit and update an inquiry. The EEOC Scheduler allows you to schedule an appointment.

**2. Provide More Information in the EEOC Public Portal**

The more information you provide in advance, the more productive your EEOC appointment will be. Go to the EEOC Public Portal, select "My Inquiries/Charges/Cases," log in, select your inquiry, and then select "Next."

• **Click here to log into the EEOC Public Portal to provide any supplemental information.**

**3. Get Ready for Your Appointment.**

• **Click here to learn about the laws the EEOC enforces.**
• **Click here to learn about filing a charge of discrimination.**
• **Click here to learn about what happens after filing a charge of discrimination.**

Thank you for contacting us, and we look forward to speaking with you.

Sincerely,
U.S. Equal Employment Opportunity Commission

This email is an official notification from the Equal Employment Opportunity Commission (EEOC) regarding EEOC Inquiry No. 433-2025-03400. Please do not reply to this email.

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact (984) 275-4800 and destroy all copies of the original message and attachments.*

 Gmail                 **Ms. A'drienne J** ███████████

## Filing A Timely Charge 433-2025-03400 Adrienne Johnson
1 message

**TODD FRENCH** <TODD.FRENCH@eeoc.gov>          Wed, Jul 2, 2025 at 8:52 AM
To: "A ███████████████████████████

In review of your inquiry, I noticed that you have been unable to find an appointment on the EEOC calendar, but you are welcome to continue to try as long as the timeframe for every allegation that you wish to file is filed timely.

Because you must file your charge within 180 days of each alleged violation, I would like to identify your options as this point because a charge of discrimination must be filed with the Commission with the allotted timeframe:

In lieu of continuing to look on the calendar for an opening or cancellation and because we are already booked out for several months, may I suggest that you chose one of the following options:

1. Come into the office for an interview. The office opens at 8:30 a.m. and we take the last appointment at 3:00 p.m. Please adjust your arrival time in accordance with the office hours, especially for those that live a further distance from the office.
2. Scheduled interviews have priority but if time permits after those interviews, you can be interviewed. You will have to wait to determine if you can be seen. There is no guarantee to be seen but you will have time to fill out the paperwork to file your charge, if you are not able to be interviewed that day. You will also have the option to return on another day.
3. Return the enclosed form to the office by mail to the address below - Attention: Jennifer Lane; in an email to Raligov@eeoc.gov You can also fax the information to (919) 856-4151. If you decide to return the form, you MUST complete it in its entirety. Please do not use a computer signature for the signing of these documents as we will need a handwritten signature. A typed signature is not sufficient for legal documents processed by the Commission.
4. You can also seek assistance from your attorney to help you file a timely charge, if the options offered by EEOC are not convenient for you.
5. Your inquiry will be closed until you choose one of the options indicated above. If you do not respond, it will be assumed that you do not wish to proceed with the filing of the charge and/or to be interviewed to determine if the Commission has jurisdiction over your allegations.

These options are being provided in an attempt to help you avoid missing the statute of limitations; to ensure that the Commission has jurisdiction over your allegations, and to help you with the process, since the appointments are currently booked out several months in 2025.

Please send all enclosed email forms to Raligov@eeoc.gov.

# Please do not respond to this email. If you need any assistance, please contact Jennifer Lane at Jennifer.Lane@eeoc.gov for a response. Please also read the instructions carefully as we have attempted to make them very clear.

Jennifer Lane

CRTIU Supervisor, Raleigh Area Office

U.S. Equal Employment Opportunity Commission

434 Fayetteville Street – Suite 700

Raleigh, North Carolina 27601

(984) 275-4813

Jennifer.Lane@eeoc.gov

---

**5 attachments**

📄 **EEOC Form 5A Instructions.pdf**
106K

📄 **Fillable Form 5A.pdf**
548K

📄 **WYSKEnglishFINAL.pdf**
326K

📄 **English Last Packet page - Copy.pdf**
64K

📄 **Employment at Will Document.docx**
53K