IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-686-D

| | |
|---|---|
| ADRIENNE J. JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>EVERYTOWN FOR GUN SAFETY<br>ACTION FUND, INC.,<br><br>        Defendant. | ORDER |

The court GRANTS plaintiff's motion to amend her complaint [D.E. 7]. See Fed. R. Civ. P. 15(a)(1)(A). The court also GRANTS plaintiff's motion to redact her residential address, email, and phone number from the public filing [D.E. 9].

SO ORDERED. This 12 day of January, 2026.

                                                  JAMES C. DEVER III
                                                  United States District Judge