**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

| | |
|---|---|
| ADRIENNE J. JOHNSON, | Civil Action No. 5:25-cv-00686-D-RJ |
| Plaintiff, | **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., | |
| Defendant. | |

Defendant Everytown For Gun Safety Action Fund, Inc. ("Defendant"), by and through its undersigned counsel and pursuant to Rules 6(b) and 15 of the Federal Rules of Civil Procedure and Local Civil Rule 6.1, respectfully moves the Court for an extension of time, up to and including April 20, 2026, to Answer or Otherwise Plead in Response to Plaintiff's First Amended Complaint. In support of this Motion, Defendant shows the following:

1. On October 29, 2025, Plaintiff filed the Complaint in this action. (Dkt. 1.)

2. On December 1, 2025, Plaintiff filed her "First Amended Case," construed by this Court as a Motion for Leave to file Amended Complaint (hereinafter "First Amended Complaint"). (Dkt. 7.) The Court granted this "Motion" on January 12, 2026, and thus the First Amended Complaint is the operative complaint. (Dkt. 13.)

3. On December 19, 2025, a Process Receipt and Return from the United States Marshals Service was filed, indicating the Complaint and Summons were not served on Defendant and were returned to sender "because the addressee was not known at the delivery address noted on the package." (Dkt. 10.)

4. On February 13, 2026, a Process Receipt and Return from the United States Marshals Service was filed, indicating the First Amended Complaint and Summons were not

served on Defendant because "[t]his address is the lockbox for the PO Box. The defendant is not located here." (Dkt. 15.)

5. On March 18, 2026, a Process Receipt and Return from the United States Marshals Service was filed, indicating a "Summons in a Civil Action" was served on Defendant via Certified Mail on Saturday, March 7, 2026. (Dkt. 17.) Prior to this filing, Defendant was not aware of any attempt at service of the First Amended Complaint and/or Summons on or about March 7, 2026. The signature and printed name on the Certified Mail Domestic Return Receipt are illegible. (Dkt. 17-1.)

6. Based on the purported service date of March 7, 2026, Defendant's current deadline to file a response to Plaintiff's First Amended Complaint is March 30, 2026.

7. Defendant requires additional time to investigate whether it, in fact, received service of Plaintiff's First Amended Complaint and Summons, whether such service and process were proper, and to otherwise prepare a response to Plaintiff's First Amended Complaint.

8. Defendant reached out to Plaintiff to request her position on the instant Motion and Plaintiff did not respond prior to this filing.

9. Defendant respectfully requests that this Court extend Defendant's time for filing a response to Plaintiff's First Amended Complaint by twenty-one (21) days, up to and including April 20, 2026.

10. This Motion is made in good faith and not for the purposes of undue delay.

11. By making this request, Defendant does not waive any arguments or defenses, including but not limited to any argument or defense that service was insufficient, that process was insufficient, or that the First Amended Complaint contains any claim for which relief can be granted.

12. A proposed Order granting the requested extension of time is submitted herewith.

WHEREFORE, for the above reasons, Everytown For Gun Safety Action Fund, Inc. respectfully moves this Court to extend the time in which it may respond to Plaintiff's Amended Complaint, through and including April 20, 2026.

Respectfully submitted, this 25th day of March, 2026.

/s/ Kellie A. Tabor
Kellie A. Tabor, Bar No. 57153
ktabor@littler.com
Kelly Walker, Bar No. 49535
kewalker@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, North Carolina 28202
Telephone: 704.972.7000
Facsimile: 704.333.4005

*Attorneys for Defendant Everytown For Gun Safety Action Fund, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 25, 2026, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system, and served via U.S. Mail, postage prepaid, upon the following

*pro se* plaintiff:

Adrienne J. Johnson
7020 Mead Lane
Raleigh, NC 27613

*Pro Se Plaintiff*

*/s/ Kellie A. Tabor*
Kellie A. Tabor, Bar No. 57153
ktabor@littler.com
Kelly Walker, Bar No. 49535
kewalker@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, North Carolina 28202
Telephone:    704.972.7000
Facsimile:    704.333.4005

*Attorneys for Defendant Everytown For Gun
Safety Action Fund, Inc.*

- 4 -