# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| ADRIENNE J. JOHNSON, | Civil Action No. 5:25-cv-00686-D-RJ |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., | |
| Defendant. | |

NOW COMES the undersigned attorney, Kelly Walker, of the law firm of Littler Mendelson, P.C., and hereby enters a notice of appearance in this case on behalf of Defendant Everytown For Gun Safety Action Fund, Inc, without waiving any defense of lack of jurisdiction, improper venue, insufficiency of process, or insufficiency of service of process.

Respectfully submitted, this 25th day of March, 2026.

/s/ Kelly Walker
Kellie A. Tabor, Bar No. 57153
ktabor@littler.com
Kelly Walker, Bar No. 49535
kewalker@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, North Carolina 28202
Telephone:     704.972.7000
Facsimile:     704.333.4005

*Attorneys for Defendant Everytown For Gun Safety Action Fund, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 25, 2026, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system, and served via U.S. Mail, postage prepaid, upon the following

*pro se* plaintiff:

Adrienne J. Johnson
7020 Mead Lane
Raleigh, NC 27613

*Pro Se Plaintiff*

*/s/ Kelly Walker*

Kellie A. Tabor, Bar No. 57153
ktabor@littler.com
Kelly Walker, Bar No. 49535
kewalker@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, North Carolina 28202
Telephone:     704.972.7000
Facsimile:      704.333.4005

*Attorneys for Defendant Everytown For Gun
Safety Action Fund, Inc.*

- 2 -