# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| ADRIENNE J. JOHNSON, | Civil Action No. 5:25-cv-00686-D-RJ |
| Plaintiff, | **DEFENDANT'S NOTICE TO THE COURT** |
| v. | |
| EVERYTOWN FOR GUN SAFETY ACTION FUND, INC., | |
| Defendant. | |

Defendant Everytown For Gun Safety Action Fund, Inc. ("Defendant"), by and through its undersigned counsel, hereby submits this Notice to the Court to correct the record regarding a statement provided by Defendant.

On March 25, 2026, Defendant filed a Motion for Extension of Time to Answer or Otherwise Plead in Response to Plaintiff's First Amended Complaint. (Dkt. 19.) Defendant represented in its filing that it reached out to Plaintiff to request her position on the instant Motion and Plaintiff did not respond prior to the filing. (*Id*., ¶ 8.)

On March 27, 2026, Plaintiff filed a Response and stated she never received any communication regarding any motion prior to its filing. (Dkt. 22.)

Upon receipt of Plaintiff's Motion, the undersigned reviewed the email sent on March 24, 2026, and discovered a typographical error in Plaintiff's email address. *See* Declaration of Kelly A. Walker in Support of Defendant's Notice to the Court ("Walker Decl."), ¶ 5. The undersigned never received a bounce-back email and therefore was unaware it was not delivered to Plaintiff until receipt of Plaintiff's Response. *Id*.

On March 27, 2026, the undersigned left a voicemail for and sent an email to Plaintiff to inform her of the error and advised Defendant will file a Reply with the Court. *See* Walker Decl., ¶ 6.

Before Defendant filed its Reply, the Court issued a text Order granting Defendant's Motion for Extension of Time. However, Defendant wishes to give Notice to the Court to correct any misstatements previously set forth in the record.

Respectfully submitted, this 27th day of March, 2026.

*/s/ Kelly Walker*

Kellie A. Tabor, Bar No. 57153
ktabor@littler.com
Kelly Walker, Bar No. 49535
kewalker@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, North Carolina 28202
Telephone:    704.972.7000
Facsimile:     704.333.4005

*Attorneys for Defendant Everytown For Gun Safety Action Fund, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and served via U.S. Mail, postage prepaid, upon the following *pro se* plaintiff:

Adrienne J. Johnson
7020 Mead Lane
Raleigh, NC 27613

*Pro Se Plaintiff*

*/s/ Kelly Walker*
Kellie A. Tabor, Bar No. 57153
ktabor@littler.com
Kelly Walker, Bar No. 49535
kewalker@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, North Carolina 28202
Telephone:   704.972.7000
Facsimile:    704.333.4005

*Attorneys for Defendant Everytown For Gun Safety Action Fund, Inc.*

- 3 -