FILED

APR 03 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ M M _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:25-CV-686-D

ADRIENNE J. JOHNSON )
)
)
)
*Plaintiff,* )
)
v. )
)
EVERYTOWN FOR GUN SAFETY ACTION )
FUND, INC., )
)
)
*Defendant.* )

---

**PLAINTIFF'S NOTICE OF ACKNOWLEDGEMENT REGARDING DEFENDANT'S**

**APOLOGY AND CORRECTION OF TYPO**

NOW COMES the Plaintiff, Adrienne J. Johnson, appearing *pro se*, respectfully files this Notice to the Court to acknowledge the apology received from Defense Counsel regarding false allegations of non-communication that Plaintiff did not respond prior to filing motion and to correct a typo in a previous filing.

1. **Acknowledgement of Apology:** On March 27, 2026, Plaintiff received communications from Defense Counsel Kelly Walker of Littler Mendelson, P.C. apologizing for mistakenly accusing the Plaintiff of not responding to communications prior to filing their motion. (Dkt. 19, ¶ 8.) This inaccurate statement was due to utilizing typographical error in Plaintiff's email address that was filed with the court. (Dkt. 23.) Plaintiff appreciates and accepts this apology and correction of the record for the court.

2. **Correction Of Typo:** Plaintiff notes a typo in their filing "PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT" (Dkt. 22.) filed on March 27, 2026. On page 1, line 2, the docket entry " (Dkt. 19-2)" should read "(Dkt, 19, p. 2)".

3. **Statement of Continued Cooperation:** Plaintiff remains committed to open and professional communication with Defense Counsel in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of North Carolina.

Respectfully submitted,

*/s/Adrienne J. Johnson.*
Adrienne J. Johnson
April 3, 2026
Pro Se Plaintiff

## CERTIFICATE OF SERVICE

The undersigned, Plaintiff, Adrienne J. Johnson, hereby certifies that a copy of the foregoing

Complaint was served on the Defendant via U.S. Mail, Certified Mail, Return Receipt

Requested, postage prepaid, to the address listed below:

This the 3rd day of April 2026.

*/s/Adrienne J. Johnson.*
Adrienne J. Johnson
7020 Mead Lane
Raleigh, NC 27613
Tel:(919) 961-5900
ajaninejohnson@gmail.com
*Pro Se Plaintiff*

**SERVED:**

/s/ Kellie A. Tabor

Kellie A. Tabor, Bar No. 57153
ktabor@littler.com
Kelly Walker, Bar No. 49535
kewalker@littler.com
LITTLER MENDELSON, P.C.
620 South Tryon Street, Suite 950
Charlotte, North Carolina 28202
Telephone:     704.972.7000
Facsimile:     704.333.4055

*Attorneys for Defendant EVERYTOWN FOR GUN SAFETY ACTION FUND, INC.*